# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUSSEIN ASFOUR,<br>    Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and KAREN FITZGERALD, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES PHILADELPHIA DISTRICT OFFICE; in their official capacities,<br>    Respondents. | CIVIL ACTION<br><br>NO. 10-CV-576 |

## ORDER

**AND NOW**, this 9th day of August 2010, it is **ORDERED** that Respondents' Motion to Remand is **GRANTED** in part, as follows:

- This matter is **REMANDED** to the United States Citizenship and Immigration Services ("USCIS").

- USCIS must adjudicate Petitioner's naturalization application on or before **August 18, 2010**, and shall promptly inform the Court and Petitioner of its decision.

- The Court will retain jurisdiction to ensure that USCIS complies with this Order.

- The Clerk of Court shall **CLOSE** this Case for statistical purposes.

Anita B. Brody
                              _____
                                       ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: